UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ARLIN LAWRENCE HASKINS,

    Defendant.

Case No.  CR92-1756RJB

ORDER DENYING MOTION FOR MODIFICATION OF SENTENCE

This matter comes before the court on the defendant's Motion for Modification of Sentence. (Dkt. 82).  The court is familiar with the records and files herein and documents filed in support of and in opposition to the motion.

For the reasons stated in the Government's Response in Opposition to Defendant's Motion for Modification of Sentence (Dkt. 85), the court must deny the defendant's motion.  The government response, however, does direct the defendant to the appropriate forum under 18 U.S.C. § 3582(c)(1)(A)(I).  Therefore, it is now

**ORDERED** that defendant's Motion for Modification of Sentence is **DENIED** without prejudice.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

DATED this 1st day of August, 2005.

                        Robert J. Bryan
                        United States District Judge