UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARLIN LAWRENCE HASKINS,<br><br>　　　　　　Defendant. | Case No. CR92-1756RJB<br><br>ORDER DENYING MOTION |

　　This matter comes before the court on defendant's Motion Requesting Termination of Supervised Release Pursuant to Title 18 U.S.C. § 3583(e)(1).  Dkt. 90. The court has considered the relevant documents and the remainder of the file herein.  Defendant requests that the court terminate the balance of the time remaining on his supervised release.  The court has reviewed the motion and supporting memorandum.  Defendant's motion is without merit and should be denied.

　　Therefore, it is hereby

　　**ORDERED** that defendant's Motion Requesting Termination of Supervised Release Pursuant to Title 18 U.S.C. § 3583(e)(1) (Dkt. 90) is **DENIED**.

　　The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

　　DATED this 19th day of October, 2005.

　　　　　　　　　　　　　　　　　　/s/ Robert J. Bryan
　　　　　　　　　　　　　　　　　　Robert J. Bryan
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER
Page - 1